IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
LARDEO DIVISION

| | | |
|---|---|---|
| JESUS HUMBERTO REQUEJO | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| VS. | § | CIVIL ACTION NO.: 5:21-cv-00065 |
| | § | |
| | § | |
| | § | |
| | § | |
| TRANSPORTES CHUVIALCO S.A. DE | § | JURY TRIAL DEMANDED |
| C.V. and JULIO CESAR LUCIO MATA | § | |
| | § | |
| *Defendants.* | § | |
| | § | |

## DEFENDANTS TRANSPORTES CHUVIALCO S.A. DE C.V. AND JULIO CESAR LUCIO MATA'S NOTICE OF REMOVAL

Pursuant to 28 U.S.C. § 1446(a), Defendants TRANSPORTES CHUVIALCO S.A. DE C.V. and JULIO CESAR LUCIO MATA, file this Notice of Removal to the United States District Court for the Southern District of Texas, Laredo Division, and in support thereof provides the following:

### I. **INTRODUCTION**

1.      Plaintiff is Jesus Requejo ("Plaintiff").

2.      Defendants are Transportes Chuvialco S.A. de C.V. ("Chuvialco") and Julio Caesar Lucio Mata ("Mata").

3.      Plaintiff filed suit against Chuvialco and Mata in the 49th Judicial District Court of Webb County, Texas.

4.      Chuvialco timely filed its Original Answer on June 15, 2021 and requested a jury trial.

5.      Mata was served on May 18, 2021, through the Chairman of the Texas Transportation Commission, J. Bruce Bugg, Jr.  Mata timely filed his Original Answer on June 17, 2021 and requested a jury trial.

6.      Plaintiff alleges state law causes of action against Defendants for negligence and gross negligence related to a vehicular accident, which occurred on or about February 24, 2021.

7.      Defendant Chuvialco timely files this Notice of Removal within 30 days of actual receipt of Plaintiff's Original Petition.  28 U.S.C. § 1446(b)(1).

8.      In accordance with the Federal Rules of Civil Procedure and Local Rules for the Southern District of Texas, the following documents are being filed contemporaneously with this Notice of Removal attached as Exhibits "A" and "B":

      a.  Copies of all state court pleadings;

      b.  List of all counsel, with addresses and telephone numbers.

## II. BASIS OF REMOVAL

9.      Removal is proper because there is complete diversity between the parties.  28 U.S.C. § 1332(a).  Plaintiff is a citizen and resident of Webb County, Texas.  *See* Plaintiff's Original Petition, attached hereto as Exhibit "A".  Defendant Transportes Chuvialco S.A. de C.V. is incorporated in Mexico with its headquarters and principal place of business located in Nuevo Laredo, Monterrey, Mexico.  *Id.*  Defendant Julio Caesar Lucio Mata is a citizen and resident of Nuevo Laredo, Tamaulipas, Mexico.  *Id.*

10.     Plaintiff's Original Petition alleges Plaintiff is seeking monetary relief in excess of $1,000,000 in damages.  *Id.*

11.     Copies of all pleadings, process, orders and other filings in the state-court suit are attached to this notice as required by 28 U.S.C. §1446(a).

12.     Venue is proper in this district under 28 U.S.C. §1441(a) because the state court where the suit has been pending is located in this district.

13.     Defendant will promptly file a copy of this notice of removal with the clerk of the state court where the suit is pending.

14.     Defendants Chuvialco and Mata consent to this removal pursuant to 28 U.S.C. § 1446(b)(2)(C).

### III. CONCLUSION

15.     Complete diversity exists between Plaintiff Jesus Humberto Requejo and Defendants Transportes Chuvialco S.A. de C.V. and Julio Caesar Lucio Mata.   The amount in controversy exceeds $75,000.00.   For these reasons, Defendant, Transportes Chuvialco S.A. de C.V., asks the Court to remove the suit to the United States District Court for the Southern District of Texas – Laredo Division.

[Signature on following page]

Respectfully submitted,

**DONATO BROWN POOL & MOEHLMANN**

*/s/ Chaz D. Klaes*_____

CHAZ D. KLAES
State Bar No.: 24083312
S.D. Texas Federal ID No.: 1760067
RAUL M. CALDERON
State Bar No.: 03614600
S.D. Texas Federal ID No.: 433838
3200 Southwest Freeway, Suite 2300
Houston, Texas 77027
cklaes@donatobrown.com
rcalderon@donatobrown.com

**ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF SERVICE

I hereby certify that on June 17th, 2021, a copy of the foregoing document was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic system, electronic mail, and Certified U.S. Mail RRR.

| | |
|---|---|
| Jacob Leibowitz<br>COWEN RODRIGUEZ PEACOCK<br>6243 IH-10 West, Suite 801<br>San Antonio, Texas 78201 | Via E-File/ECM and Facsimile |

*/s/ Chaz D. Klaes*
Chaz D. Klaes

EXHIBIT "A"

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
LARDEO DIVISION

| | | |
|---|---|---|
| JESUS HUMBERTO REQUEJO | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| VS. | § | CIVIL ACTION NO.: 5:21-cv-00065 |
| | § | |
| | § | |
| | § | |
| | § | |
| TRANSPORTES CHUVIALCO S.A. DE | § | JURY TRIAL DEMANDED |
| C.V. and JULIO CESAR LUCIO MATA | § | |
| | § | |
| *Defendants.* | § | |

## INDEX OF MATTERS TO BE FILED

1.    Plaintiff's Original Petition;

2.    Defendant Transportes Chuvialco S.A. de C.V.'s Original Answer;

3.    Defendant Julio Cesar Lucio Mata's Original Answer;

4.    For items 1-3, *see* Exhibit "B".

5.    A list of counsel of record, including addresses, telephone numbers, and parties represented:

**Attorney for Plaintiff Jesus Humberto Requejo:**

Jacob Leibowitz
State Bar No.: 24066930
jacob@cowenlaw.com
COWEN RODRIGUEZ PEACOCK
6243 IH-10 West, Suite 801
San Antonio, Texas 78201
(210) 941-1301 Telephone
(210) 579-8968 Facsimile

**Attorneys for Defendant Transportes Chuvialco S.A. de C.V.:**

CHAZ D. KLAES
DONATO, BROWN, POOL & MOEHLMANN, PLLC
S.D. Texas Federal ID No.: 1760067
SBN: 24083312
RAUL M. CALDERON
S.D. Texas Federal ID No.: 433838
SBN: 03614600
3200 Southwest Freeway, Suite 2300
Houston, Texas 77027
Phone: (713) 877-1112
Fax: (713) 877-1138
cklaes@donatobrown.com